IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Juan Manuel Chavez,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**Ben Curry,  Warden,**<br><br>　　　　　　　　　　Respondent. | C07-5512 PJH<br><br>**[PROPOSED] ORDER** |

　　　GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including March 17, 2008, to file a responsive pleading in this matter.  If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.


Dated: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Phyllis J. Hamilton