IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Juan Manuel Chavez,** | C07-5512 PJH |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **Ben Curry, Warden,** | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including March 17, 2008, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: 3/4/08

_____
The Honorable
Judge Phyllis J. Hamilton

IT IS SO ORDERED

[Proposed] Order

*Chavez v. Curry*
Case No. C07-5512 PJH

1