# EXHIBIT A

K-6
H74168    PRIOR S03172    ORD TO GO S/W NOTED
                                          APR 1 1993
                                          DEPT.
# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
ENTERED INTO OBIS
93 APR 21

Date: 3-24-93
HONORABLE: RICHARD CHARVAT, JUDGE
S FRANCIS  3326334  Deputy Sheriff
C CARPER
B AMISUKANE
, Deputy Clerk
, Reporter
(Parties and counsel checked if present)

NA013974
**PEOPLE OF THE STATE OF CALIFORNIA**
VS
CHAVEZ, JUAN MANUEL

Counsel for Plaintiff: IRA REINER
T HOLMES

Counsel for Defendant: A WOOD DBD

, DISTRICT ATTY  BY
DEPUTY

, PUBLIC DEFENDER  BY
DEPUTY

## NATURE OF PROCEEDINGS PROBATION AND SENTENCE
(Boxes checked if order applicable)

PROBATION DENIED, SENTENCE AS INDICATED BELOW.
Whereas the said defendant having ....PLEAD......... XXX................
guilty in this court of the crime of  MURDER in violation of penal code section 187(A) a felony
as charged in count  1 of the information

It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the State Prison.  for 15 years to LIFE(TERM PRESCRIBED BY LAW)

XX Defendant is given credit for ....174....... days in custody (includes  58  days good time/work time).
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles and delivered by him into the custody of the Director of Corrections at the California State Institution
☒ for Men at Chino, California
☐ for Women at Frontera, California
☐ ..................

☐ Remaining count(s) dismissed in interests of justice.
☐ Bail exonerated.

ENTERED
3-24-93
JAMES H. DEMPSEY
COUNTY CLERK
AND CLERK OF THE
SUPERIOR COURT

2   76J805A (REV. 7-82) 10-83
C-109

**JUDGMENT**

PINK ORIGINAL TO FILE
WHITE COPY TO MICROFILM
YELLOW COPY TO STATEWIDE DISTRIBUTION
GREEN COPY TO PROBATION EXPEDITER