# EXHIBIT  B

**LONG BEACH POLICE DEPARTMENT**
**INVESTIGATIVE CRIME REPORT**

| | Crime Report No. |
|---|---|
| Page 1 of 4    Continuation of 187 P. C. MURDER | 928-8727 |

| Victim's Name | Date |
|---|---|
| SANCHEZ, Sonia | 11/29/92 |

| Accused | Booking Number | Accused | Booking Number |
|---|---|---|---|
| CHAVEZ, Juan Manuel | 3326334 | | |

**I N T E R V I E W**

> CHAVEZ, Juan Manuel
> 925 Cherry Avenue #3
> Long Beach, California
> (310) 591-6529; brother Herman's telephone (213) 581-3868
>
> Employer: Pedus Security, 3100 West First Street, Los Angeles, California, (800) 63-PEDUS. Assigned location: Vons Market, 3900 East Ocean Boulevard, Long Beach, California 90803.

On November 29, 1992, filing officer and Detective W. B. Collette interviewed the above defendant in room 346A of the Long Beach Police Department. Prior to the interview beginning, the defendant was advised of his rights as per attached signed waiver form.

Defendant stated, "we've been seeing each other off and on. I was supposed to leave my wife for her, but I changed my mind and told her that last night. She started choking me, I choked her and then I blacked out and when I woke up she was dead."

Filing officer asked defendant to tell him how the relationship had started. Defendant stated, "I met Sonia SANCHEZ at a party that my brother Herman had at his house." Stated that he is very concerned about his family's safety because Sonia has family and friends that are members of a street gang called Florencia 13.

Stated that last night he attended a party at Herman's house and that is where he and Sonia met prior to going to the beach.

Stated that he met Sonia approximately two months ago and had been seeing her one to two times a week ever since then. Stated that on several occasions, she would stop by his job and that she also phoned him at his job.

FB: Detective L. Wren #3116
TB: S. Grageda [direct 113092 1000]

54

**LONG BEACH POLICE DEPARTMENT**
**INVESTIGATIVE CRIME REPORT**

| | Crime Report No. |
|---|---|
| Page 2 of 4   Continuation of 187 P. C. MURDER | 928-8727 |

| Victim's Name | Date |
|---|---|
| SANCHEZ, Sonia | 11/29/92 |

| Accused | Booking Number | Accused | Booking Number |
|---|---|---|---|
| CHAVEZ, Juan Manuel | 3326334 | | |

Stated that sometimes he and Sonia would have sex at a motel, but most of the time they had sex in the back seat of her car. Stated that they didn't go to a motel very often because he didn't want to spend the money because his wife would wonder and ask him why he was spending so much money.

Defendant stated that his wife was not at the party the first time that he met Sonia. Stated that his wife had never seen Sonia before last night.

Stated that before last night's party, he had been at Herman's house all day Saturday because he had been working on Herman's truck. Stated that he and Sonia had already made plans to get together at Herman's house during the party that Herman was going to have later on. Stated that his wife surprised him because she decided to come to the party at the last minute.

Stated that last night during the party Sonia kept asking him to leave the party. Stated that he would tell her that they had to wait a while when it was later in the night. Stated that during the party he told her that he was going to go to a store and where it was so that she could meet him there.

Defendant stated that Sonia met him at the store, which is close to his brother's house, approximately 20-25 minutes after he left his brother's house. Defendant was asked what time it was when he and Sonia met and he said that he could guess that it was between 1:00 and 1:30 a.m. Defendant further stated that he had been drinking a lot of Budweiser and he wasn't real sure of the time. Filing officer asked the defendant how much he had to drink. Defendant stated that he had started drinking in the morning and that he continued to drink through the day. Stated that he stopped drinking when he got cleaned up for the party and that he ate dinner. Stated that he started drinking again at 7:30 p.m. when the party started and that he drank approximately 15 beers after 7:00 p.m. and before he left and met Sonia at the store.

FB: Detective L. Wren #3116
TB: S. Grageda [direct 113092 1000]

55

LONG BEACH POLICE DEPARTMENT
INVESTIGATIVE CRIME REPORT

| | Crime Report No. |
|---|---|
| Page 3 of 4   Continuation of 187 P. C. MURDER | 928-8727 |

| Victim's Name | Date |
|---|---|
| SANCHEZ, Sonia | 11/29/92 |

| Accused | Booking Number | Accused | Booking Number |
|---|---|---|---|
| CHAVEZ, Juan Manuel | 3326334 | | |

Defendant stated that he and Sonia drove without stopping from the market in Huntington Park to the beach parking lot in Long Beach where he killed her. Stated that when they parked the car in the parking lot they never changed parking places until he drove away. Filing officer asked the defendant if he and Sonia had sex and he stated that they were getting ready to have sex and were talking. Stated that they both had taken off their clothes from the waist down. Stated that while they were talking, she asked him when he was going to leave his wife and he told her that he had changed his mind and that he was not going to leave his wife.

Defendant stated that right after he said this, she started slapping him in the face and he tried to push her away. Defendant stated that she then grabbed him by the throat and began choking him. Stated that at first, he thought that she was playing with him, but he started to get dizzy. Stated that he then reached out and began choking her with both of his hands.

Stated that upon their arrival in the parking lot and throughout their time at the parking lot they were in the front seat of her car and started leaning toward the passenger side of the car. Defendant stated that after he began choking Sonia with both of his hands, he blacked out. Stated that he probably blacked out for five to ten minutes. Stated that when he woke up, she was lying on top of him and she was not breathing. Stated he then checked her and decided that she was dead.

Stated he then got dressed and pulled her out of the car and on to the beach. Stated that he then drove out of the parking lot and went to his house. Stated that he parked in front of his house and started to go into his house, but decided not to before he entered. Stated that something told him to leave, so he decided to just "take off." Stated that he drove northbound on Cherry from his house until he was stopped by the policeman who arrested him.

FB: Detective L. Wren #3116
TB: S. Grageda [direct 113092 1000]

56

LONG BEACH POLICE DEPARTMENT
INVESTIGATIVE CRIME REPORT

Crime Report No.

Page 4 of 4    Continuation of 187 P. C. MURDER          928-8727

| Victim's Name | Date |
|---|---|
| SANCHEZ, Sonia | 11/29/92 |

| Accused | Booking Number | Accused | Booking Number |
|---|---|---|---|
| CHAVEZ, Juan Manuel | 3326334 | | |

Filing officer asked the defendant what Sonia had been wearing and he said that he thought that she was wearing a black top, white pants and dark boots.  Stated that he does not know where her clothes are and he does not remember her having a purse.

Filing officer asked what else he could say about his relationship with Sonia.  Defendant stated that he had told Sonia in the past that he was thinking about leaving his wife for her.  Stated that he decided from listening to Sonia that she had already decided that the two of them should live together.

Filing officer asked the defendant if Sonia said anything just before her death.  Defendant stated that Sonia yelled at him while she was hitting him and said that she was "mad.  This is not fair. You told me this, you told me that" and called me a son of a bitch.

Filing officer then asked the defendant if there was anything else that he could say regarding his killing of Sonia and he stated, "no."  Filing officer then asked the defendant if he wanted to tape record his statement and he stated that he did not want to that he trusted the officers to report his statement correctly.

FB: Detective L. Wren #3116
TB: S. Grageda [direct 113092 1000]

57