# EXHIBIT D

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES
### PROBATION OFFICER'S REPORT

REPORT SEQUENCE NO. 1

| DEFENDANT'S NAME(S) | | | | COURT | JUDGE | COURT CASE NO |
|---|---|---|---|---|---|---|
| JUAN MANUEL CHAVEZ | | | | SO-C | CHARVAT | NA013974 |

| ADDRESS (PRESENT RELEASE) | | | | HEARING DATE | DEFENSE ATTY. | PROSECUTOR |
|---|---|---|---|---|---|---|
| 925 CHERRY<br>LONG BEACH, CA 90805 | | | | 3-24-93<br>4-7-93 | WOOD, PD | HOLMES |

| BIRTHDATE | AGE | SEX | RACE | DPO | AREA OFFICE | PHONE NO. |
|---|---|---|---|---|---|---|
| 7-3-68 | 24 | MALE | HISPANIC | JUNE | LONG BEACH | 491-5837 |

| CITIZENSHIP STATUS | DRIVER'S LICENSE/EXP DATE | |
|---|---|---|
| U.S. | CA ID:2363306 | |

| PROBATION NO | CII NO | BOOKING NO | TYPE REPORT |
|---|---|---|---|
| X-095160 | A07776774 | 3326334 | ___ Probation and sentence<br>___ Pre-Conviction (131.3 CCP)<br>X  Post sentence<br>___ Diversion (Specify) _____ |

| DAYS IN JAIL THIS CASE | CUSTODY STATUS/RELEASE DATE |
|---|---|
| ☐ ESTIMATED  ☒ VERIFIED  177 | REMANDED |

### PRESENT OFFENSE: LEGAL HISTORY

**CHARGED with the crimes of** (INCLUDE PRIORS, ENHANCEMENTS OR SPECIAL CIRCUMSTANCES)

COUNT I:  187(A) PC (MURDER)

FILED

FRANK S ZOLIN COUNTY CLERK
BY C. CARPER, DEPUTY

**CONVICTED of the crimes of** (INCLUDE PRIORS, ENHANCEMENTS OR SPECIAL CIRCUMSTANCES)

COUNT I:  187(A) PC (SECOND DEGREE MURDER)

| CONVICTED BY | DATE OF CONVICTION | COUNT(S) CONTINUED TO P & S FOR DISPOSITION | |
|---|---|---|---|
| NOLO | 3-24-93 | N/A | |

| PROPOSED PLEA AGREEMENT | SOURCES OF INFORMATION |
|---|---|
| 15 YEARS TO LIFE STATE PRISON | MINUTE ORDER |

| DATE(S) OF OFFENSE | TIME(S) |
|---|---|
| 11-29-92 | 0513 |

| DEFENDANT: ☐ N/A<br>(SEE PRIOR RECORD SECTION)  ☐ ON PROBATION  ☒ PENDING PROBATION VIOLATION  ☐ PENDING NEW CASE<br>☐ ON PAROLE-REMAINING TIME ___  ☐ SENTENCED TO STATE PRISON/COUNTY JAIL ON CASE ___ | HOLD/WARRANTS<br>☐ YES ☒ NO |
|---|---|

**RECOMMENDATION:**  N/A

☐ PROBATION  ☐ DENIAL  ☐ DIAGNOSTIC STUDY  ☐ CYA  ☐ OTHER ___
              ☐ COUNTY JAIL  ☐ 707.2 WIC
              ☐ STATE PRISON  ☐ 1203.03 PC

76P725B—Prob.19SC  (Rev. 8/91)

| PRESENT OFFENSE: (CONTINUED) | | | SOURCES OF INFORMATION (this page) DA FILE | | |
|---|---|---|---|---|---|
| ARREST DATE | TIME | BOOKED AS | OFFENSE | LOCATION OF ARREST | ARRESTING AGENCY |
| 11-29-92 | 0545 | JUAN MANUEL CHAVEZ | 187(A) PC | 20TH & HILL | LBPD |

| CO-DEFENDANT(S) | CASE NO. | DISPOSITION |
|---|---|---|
| NONE | | |

**ELEMENTS AND RELEVANT CIRCUMSTANCES OF THE OFFENSE:**

IN COUNT I, DEFENDANT UNLAWFULLY, AND WITH MALICE OF FORETHOUGHT MURDERED SONIA SANCHEZ, A HUMAN BEING. IT IS FURTHER ALLEGED THAT THE ABOVE OFFENSE IS A SERIOUS FELONY WITHIN THE MEANING OF PENAL CODE SECTION 1192.7(C)(1).

THE DEFENDANT AND THE VICTIM WERE INVOLVED IN A RELATIONSHIP. THE VICTIM AND THE DEFENDANT WERE PRESENT AT A PARTY. THE DEFENDANT AND VICTIM AGREED TO MEET AT THE PARTY. AS THE DEFENDANT AND THE VICTIM HAD REMOVED SOME CLOTHING AND WERE PREPARING TO HAVE SEXUAL INTERCOURSE, AN ARGUMENT ENSUED. THE DEFENDANT CHOKED THE VICTIM. DEFENDANT BLACKED OUT. WHEN DEFENDANT AWOKE, THE VICTIM WAS DEAD. THE CORONER'S REPORT VERIFIED THAT THE VICTIM DIED OF STRANGULATION.

-2- (CHAVEZ)

76P725B—Prob.19SC (Rev. 8/91)

| | | |
|---|---|---|
| **VICTIM:** | **SOURCES OF INFORMATION (this page)** DA FILE | |
| NAME SONIA SANCHEZ | COUNT(S) I | |

**INJURY: PROPERTY LOSS (TYPE / COST / ETC.)**
DIED AS A RESULT OF STRANGULATION.

**INSURANCE COVERAGE**
UNKNOWN.

| LOSS: ☒ YES ☐ NO | ESTIMATED LOSS UNKNOWN | RESTITUTION ALREADY MADE UNKNOWN | APPLIED FOR VICTIM RESTITUTION FUND ☒ UNK ☐ YES ☐ NO |

**VICTIM STATEMENT:**

PROBATION OFFICER SPOKE WITH EDGAR VALENZUELA, VICTIM'S BROTHER, WHO STATED "I DON'T WANT HIM TO GET OUT. I WANT HIM TO SUFFER LIFE IN PRISON."

PROBATION OFFICER ALSO SPOKE WITH FRANCISCO VALENZUELA, VICTIM'S BROTHER, WHO STATED "I WANT TO SEE HIM DO THE MAX. IT WAS A BIG LOSS TO OUR FAMILY."

VICTIM NOTIFIED PURSUANT TO 1191.3(B) AND 679.03 PENAL CODE.

| RESTITUTION | TOTAL NUMBER OF VICTIMS 1 | ESTIMATED LOSS TO ALL VICTIMS NONE | VICTIM(S) NOTIFIED OF P&S HEARING ☒ YES ☐ NO |
| DOES DEFENDANT HAVE INSURANCE TO COVER RESTITUTION: ☐ YES ☒ NO | | INSURANCE COMPANY NAME/ADDRESS/TELEPHONE NO. | |

-3- (CHAVEZ)

VICTIM LIST CONTINUES NEXT PAGE

76P725B—Prob. 19SC (Rev. 8/91)

| | |
|---|---|
| PRIOR RECORD: | SOURCES OF INFORMATION (this page)<br>JDS (UNDATED), CII (3-31-93), DEFENDANT |

AKA'S:

### JUVENILE HISTORY:

INFORMATION IS NOT AVAILABLE THROUGH PROBATION DEPARTMENT INQUIRY FIVE YEARS AFTER JUVENILE PROBATION ACTIVITY IS TERMINATED, AND DEFENDANT ADMITS THE FOLLOWING RECORD.

DEFENDANT STATED THAT AT AGE 13 HE WAS ARRESTED FOR SHOPLIFTING. DEFENDANT STATED THAT HE WENT TO CAMP AT MIRA LOMA FOR 6 WEEKS.

DEFENDANT STATED THAT AT AGE 15 HE WAS SENT TO CAMP AFFLERBAUGH FOR PCP USE. DEFENDANT STATED THAT HE RAN AWAY FROM CAMP, AND WENT TO A PLACEMENT IN WHITEWATER.

### ADULT HISTORY:

11-19-91    LACS - 459 PC (BURGLARY), 647(D) PC (DISORDERLY CONDUCT: LOITER ON PRIVATE PROPERTY). 12-23-91, LASC, CASE TA015925 CONVICTED OF 459 PC AND 594(A) PC (VANDALISM) - SENTENCED TO 36 MOS. PROBATION, 1 YR. COUNTY JAIL.

(ME AND A FRIEND BROKE A WINDOW TO A CAR.)

-4- (CHAVEZ)

| | |
|---|---|
| **PERSONAL HISTORY:** | **SOURCES OF INFORMATION (this page)**<br>DEFENDANT |

**SUBSTANCE ABUSE:**

____ No record, indication, or admission of alcohol or controlled substance abuse.

__X__ Occasional social or experimental use of ___MARIJUANA___ acknowledged.

____ See below: Indication / admission of significant substance abuse problem.

Referred to Narcotic Evaluator   ☐ Yes  ☒ No       ____ Narcotic Evaluator's report attached

Additional Information

DEFENDANT ADMITTED TO OCCASIONAL USE OF COCAINE, AND CURRENT USE OF MARIJUANA. DEFENDANT ESTIMATED HIS USE OF MARIJUANA TO BE APPROXIMATELY TWICE PER MONTH. DEFENDANT ADMITTED TO PAST USE OF PCP, BUT STATED HE QUIT.

**PHYSICAL / MENTAL / EMOTIONAL HEALTH:**

__X__ No indication or claim of significant physical / mental / emotional health problem.

____ See below: Indication / claim of significant physical / mental / emotional health problem.

Additional Information

-5- (CHAVEZ)

| PERSONAL HISTORY: (CONTINUED) | | SOURCES OF INFORMATION (this page) DEFENDANT | | |
|---|---|---|---|---|
| RESIDENCE | TYPE RESIDENCE APARTMENT | LENGTH OF OCCUPANCY 1 MONTH | MORTGAGE/RENT $625 | RESIDES WITH/RELATIONSHIP COHABITANT |
| RESIDENTIAL STABILITY LAST FIVE YEARS FAIR | | CAME TO STATE / FROM NATIVE | | CAME TO COUNTY / FROM NATIVE |

Additional information

| MARRIAGE / PARENTHOOD | MARITAL STATUS SINGLE | NAME OF SPOUSE / PRESENT COHABITANT EVELYN CARDIO |
|---|---|---|
| LENGTH OF UNION 6 YEARS | NO. OF CHILDREN THIS UNION 3 | SUPPORTED BY AFDC |
| NO. PRIOR MARRIAGES / COHABITATIONS 0 | NO. OF CHILDREN THESE UNIONS | SUPPORTED BY |
| NO. OF OTHER CHILDREN 2 | SUPPORTED BY CHILD'S MOTHER | |

Additional information

| FORMAL EDUCATION: | DEFENDANT STATED THAT HE RECEIVED A GED. |
|---|---|

-6- (CHAVEZ)

76P725B—Prob. 19SC  (Rev. 8/91)

| PERSONAL HISTORY: (CONTINUED) | | SOURCES OF INFORMATION (this page) DEFENDANT | | |
|---|---|---|---|---|
| **EMPLOYMENT STATUS** | ☐ EMPLOYED  ☒ UNEMPLOYED | REFERRED TO WORK FURLOUGH ☐ YES ☒ NO | EMPLOYER AWARE OF PRESENT OFFENSE ☒ N/A  ☐ YES  ☐ NO | |
| PRESENT/LAST EMPLOYER / ADDRESS / PHONE  PEDUS SECURITY  UNKNOWN ADDRESS  CITY OF LOS ANGELES  ☐ VERIFIED  ☒ UNVERIFIED | | OCCUPATION SECURITY | PERIOD OF EMPLOYMENT ONE YEAR | GROSS MONTHLY WAGE $1000 |
| | | EMPLOYMENT STABILITY LAST 5 YEARS FAIR | TYPES OF PREVIOUS EMPLOYMENT ROOFER, MACHINIST | |

Additional information

| **FINANCIAL STATUS** | INCOME STABILITY POOR | | NET MONTHLY INCOME 0 | |
|---|---|---|---|---|
| PRIMARY INCOME SOURCE NONE | SECONDARY INCOME SOURCE(S) NONE | | EST. TOTAL ASSETS NONE | EST. TOTAL LIABILITIES $200 |

MAJOR ASSETS / ESTIMATED VALUE

    NONE

MAJOR LIABILITIES / ESTIMATED AMOUNT (MONTHLY)

    BANK LOAN - TOTAL AMOUNT $200

Additional information

GANG ACTIVITY   ☒ YES   ☐ NO        Name of Gang  FLORENCIA 13

-7- (CHAVEZ)

76P725B—Prob. 19SC  (Rev. 8/91)

DEFENDANT'S STATEMENT:

"IT WAS A MOTHERFUCKING ACCIDENT. I PLEAD SO MY WITNESSES WOULD NOT GET HURT COMING TO COURT. THE FAMILY MEMBER OF OTHER GANGS WERE INVOLVED. I WANT TO GO TO A PRISON FACILITY IN SOUTHERN CALIFORNIA."

INTERESTED PARTIES:

DETECTIVE COLLETE, AGREED WITH THE DISPOSITION OF THIS CASE. THE CRIME DID NOT APPEAR TO BE PREMEDITATED.

THIS CONCLUDES THE POST SENTENCE REPORT ON JUAN MANUEL CHAVEZ.

RESPECTFULLY SUBMITTED,

BARRY J. NIDORF,
PROBATION OFFICER

BY _____
   MICHAEL A. JUNE, DEPUTY
   LONG BEACH AREA OFFICE
   (310) 491-5837

READ AND APPROVED:

_____
BEVERLY RUSH, SDPO
(310) 491-5884

(SUBMITTED 3-31-93)
(TYPED 4-1-93)
MAJ:TXRX:SFB (6)

I HAVE READ AND CONSIDERED THE FOREGOING REPORT OF THE PROBATION OFFICER.

_____
JUDGE OF THE SUPERIOR COURT

-8- (CHAVEZ)

76C692G - PROB. 5A 1/92