# EXHIBIT  E

NOV 30 92

# CASE REPORT

COUNTY OF ___ ANGELES

DEPARTMENT OF CORONER

**1**

| APPARENT MODE | SPECIAL CIRCUMSTANCES | CASE NO. |
|---|---|---|
| NAT ACC SUI HOM UND | FOUND DEAD ON BEACH. NECK TRAUMA PETECHIAL HEMMORAGE IN EYES, MOUTH SUSPECT IN CUSTODY | 92-10906 |

| LAST, FIRST MIDDLE | CRYPT |
|---|---|
| SANCHEZ, SONIA | 84 |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|

| SEX | RACE | DOB | AGE | HGT | WGT | EYES | HAIR | TEETH | ID VIEW YES NO | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|
| FEMALE | HISP | | 24 | 61 | 146 | brn | brn | own | | Fair |

| BEARD | MUSTACHE | SCARS | MARKS | TATTOOS | AMPUTATIONS | DEFORMITIES |
|---|---|---|---|---|---|---|

| NOK | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|

| RELATIONSHIP GUARDIAN | PHONE | NOTIFIED BY Inv. DiTuri | NOT | DATE | TIME 1500 |
|---|---|---|---|---|---|

| SSN | DL STATE | LA | MAIN | CR | MILITARY C |
|---|---|---|---|---|---|

| ID BY (PRINT LAST NAME) | SIGNATURE | RELATIONSHIP | PHONE | DATE |
|---|---|---|---|---|

| PLACE OF DEATH FOUND ON BEACH | ADDRESS OR LOCATION 2000 BLOCK OF JUNIPERO | CITY Long Beach | ZIP |
|---|---|---|---|

| PLACE OF INJURY Unknown | AT WORK YES NO | DATE unk | TIME unk | LOCATION OR ADDRESS unknown |
|---|---|---|---|---|

| FND 11/29/92 | TIME 0523 | FOUND BY PRON. BY OFFICER DAUGHERTY |
|---|---|---|

| AGENCY & INV. OFFICER LBPD Wren | PHONE 310-590-7244 | REPORT NO. 9288727 | NOTIFIED BY MEC |
|---|---|---|---|

DESCRIBE SCENE AND CONTACT MATERIAL TO BODY

PRONE ON SANDY BEACH DRESSED IN ONLY A BLACK LCN SLEEVE BLOUSE

| | TIME | DATE | DESCRIBE LIVOR MORTIS |
|---|---|---|---|
| AIR 70 °F | 0955 | 11/29/92 | CONSISTENT WITH THE POSITION WHEN FOUND BLANCHING |
| LIVER 89 °F | 0958 | 11/29/92 | DESCRIBE RIGOR MORTIS LIGHT |
| WATER ___ °F | | | |

| BIB HALSEY | DATE 11/29/92 | TIME 1040 |
|---|---|---|

| | YES NO | | YES NO | ARPT. YES | PA SEAL | | | YES NO |
|---|---|---|---|---|---|---|---|---|
| PRINTS | | CLOTHING | | MEC SEAL | NOT SEALED | HOSP. RPT. YES ☐ NO ☑ | MORT RPT ☐ ☑ | |
| MED. EV. ☐ ☐ | | INVEST. PHOTO (5) ☑ ☐ | | | | HOSP. CHART YES☐ NO ☑ | RELEASE ☐ ☑ | |
| PHYS. EV. ☑ ☐ | | F.S. PHOTO ☐ ☐ | | PROP: YES ☐ NO ☐ | | | VITALS ☐ ☑ | |
| NOTE ☐ ☑ | | POLICE PHOTO ☐ ☑ | | | | | BLOOD ☐ ☑ | |
| | | GSR NO. | | RCPT. NO. 107958 | | PF NO. | | |

FOUND ON BEACH AFTER WITNESS SAW SUSPECT REMOVE THE BODY FROM HIS VEHICLE AND DRAG HER ONTO

THE BEACH. NECK TRAUMA PETECHIAL HEMMORAGE PRESENT IN MOUTH AND EYES. SUSPECT IN CUSTODY.

SEE #3 FOR NARRATIVE

POSSIBLE NAME OF SONIA SANCHEZ

| MORTUARY |
|---|
| Philip DiTuri 364927 | INVESTIGATOR | |

**INVESTIGATOR'S REPORT**

COUNTY OF L~ ~LES                                                                    DEPARTMENT OF CORONER

# 3

92-10906

SANCHEZ, SONIA

INFORMATION SOURCE:
DETECTIVE LOGAN R. WREN LONG BEACH HOMICIDE 310-590-7244

INVESTIGATION:

THE FOLLOWING INFORMATION WAS OBTAINED UPON MY ARRIVAL TO THE FOOT OF JUNIPERO STREET IN LONG
BEACH FROM THE ABOVED NAMED SOURCE. THE FOLLOWING INFORMATION WAS OBTAINED FROM WITNESS DON
BEISLY WHO REPORTED THIS CASE TO POLICE. PER BEISLY WHO STATED HE WAS WALKING ON THE BEACH
FRONT AND NOTICED A MALE PULLING WHAT LOOKED TO BE A BODY FROM HIS VEHICLE AND DRAG THIS
BODY ONTO THE SANDY BEACH. AND THEN RETURNED TO HIS VEHICLE AND LEFT THE SCENE. THE WITNESS
WASKED TO A NEARBY PHONE AND CALLED POLICE. THE FIRST OFFICE ON SCENE FOUND THE DECEDENT
FACE DOWN ON THE BEACH. HE CHECKED FOR A PULSE WITH NEGATIVE RESULTS AND PRONOUNCED DEATH
AT THE SCENE AT 0503 HRS. THE TIME OF THE CALL WHICH WAS A 911 CALL CAME INTO THE LBPD AT 0613
HRS. DETECTIVES WHERE THEN CALLED TO THE SCENE. THE SUSPECT WAS LATER ARRESTED NABIL
HILL WHILE DRIVING HIS VEHICLE.
H
THE LOCATION OF THE BODY WAS ON THE BEACH NEAR A CINDER BLOCK WALL NEXT TO THE PERKINS ROOT
PARKING LOT. DRESSED IN ONLY A BLACK LONG SLEEVE BLOUSE. PER DETECTIVES PHYSICIAN EVIDENCE
WAS FOUND IN THE SUSPECTS CAR AS WAS HER PURSE. THIS WAS TAKEN AND PLACED INTO POLICE EVIDENCE

BODY EXAM PROVIDED THE FOLLOWING. UPON MY ARRIVAL TO THIS LOCATION I OBSERVED THE FOLLOWING
THE DECEDENT WAS LYING IN A PRONE POSITION ON THE SANDY BEACH WITH HER HANDS BY HER SIDE.
NOTING TRAUMA TO HER NECK (POSSIBLE HAND MARKS) AND PETECHIAL HEMMORAGE IN BOTH THE EYES AND
NOTED ONSIDE THE MOUTH ON BOTH THE UPPER AND LOWER LIPS. SEVERAL ABRASIONS WERE PRESENT ON
HER HANDS CONSISTENT WITH SOME TYPE OF DEFENCE WOUNDS. ALSO NOTING ABRASIONS ON HER LEFT HIP
AND BOTTOCKS. NOTING SEVERAL TATTOOS ON HER PERSON (SONIA) ON THE BACK OF HER RIGHT SHOULDER
AND ON HER MIDDLE FINGER OF HER LEFT HAND, OTHER TATTOOS WERE NOTED ON HER LEFT LOWER LEG
(LOVE) AND ON HER LEFT WRIST WAS A TATTOO OF (-MOM-).

LlOYD MAHANEY OF THE LA COUNTY CORONERS (CRIMINIALIST) PERFORMED MULTOPLE SEXUAL ASSALT TESTS
WHILE AT THE SCENE. HEALSO REMOVED THE BACK OF THE DECEDENT BLOUSE TO PRESERVE TWO IMPRINTS
FROM THE SHOE OF THE SUSPECT. THIS WAS THEN GIVEN AND PLACED INTO POLICE EVIDENCE AT THE SCENE.

HER IDENTIFICATION IS PENDING VIA FINGER PRINTS COMPARISON. AS IS THE NOTIFICATION OF THE NEXT
OF KIN.

DETECTIVES REQUEST TWO HRS PRIOR NOTICE OF AUTOPSY. PLEASE CONTACT DETECTIVES LOGAN WREN AND
WILLIAM COLLETTE AT 310-590-7244.

NO FURTHER NARRATIVE.

Philip DiLu.     404927      11/23/92

INVESTIGATOR                                    DATE

WHITE - FILE
YELLOW - TOXICOLOGY
PINK - INVESTIGATIONS

# INVESTIGATIVE CRIME REPORT

| | |
|---|---|
| PU-1 | 928-8727 |

| CLASSIFICATION OF CRIME | LOCATION OF OCCURRENCE |
|---|---|
| 187 PC MURDER | JUNIPERO PARKING LOT @ 2400 BLOCK E. OCEAN |

**DATE & TIME REPORTED:** 11/29/92 - 0513

| OCCURRED ON or BET | MO | DATE | YR | TIME | DAY |
|---|---|---|---|---|---|
| | 11 | 29 | 92 | 0500 | SU |

## VICTIM/WITNESS

**V-1**

| NAME (FIRM NAME IF BUS) | RES ADDRESS | ZIP | RES PHONE |
|---|---|---|---|
| SANCHEZ, Sonia | | | BUS PHONE |

| DAYS OFF · WORK HOURS | BUS ADDRESS (SCHOOL ATTENDED) | ZIP | TYPE OF BUSINESS | SEX |
|---|---|---|---|---|

WAS THERE A WITNESS TO THE CRIME — IF YES PLACE AN X IN BOX **XXX**

INDICATE PROPER CODE IN BOXES PROVIDED     V—VICTIM     W—WITNESS     R/P—REPORTING PARTY     X—RELATIVE

**W1**

| NAME | RES ADDRESS | ZIP | RES PHONE |
|---|---|---|---|
| BEISLY, Don L. | | | BUS PHONE |

| DAYS OFF · WORK HOURS | BUS ADDRESS (SCHOOL ATTENDED) | ZIP | TYPE OF BUSINESS |
|---|---|---|---|
| VARY | | A | |

| NAME | RES ADDRESS | ZIP | RES PHONE |
|---|---|---|---|
| | | | BUS PHONE |

| DAYS OFF · WORK HOURS | BUS ADDRESS (SCHOOL ATTENDED) | ZIP | TYPE OF BUSINESS | SEX | RACE | DOB |
|---|---|---|---|---|---|---|

## SUSPECTS

| | IF YES PLACE AN X IN BOX |
|---|---|
| WAS A SUSPECT ARRESTED | **XXX** |
| CAN/IS A SUSPECT NAMED | **XX** |
| CAN A SUSPECT BE LOCATED | **XX** |
| CAN A SUSPECT BE DESCRIBED | **XX** |

**S-1**

| SEX | RACE | AGE/DOB | HEIGHT | WEIGHT | HAIR | EYES | COMPL. | CLOTHING |
|---|---|---|---|---|---|---|---|---|

NAME & ADDRESS IDENTIFYING MARKS & CHARACTERISTICS (IF ARRESTED, SUSPS. FULL NAME & BK # ONLY)
CHAVEZ, Juan Manuel   BK #3326334

**S-2**

| SEX | RACE | AGE/DOB | HEIGHT | WEIGHT | HAIR | EYES | COMPL. | CLOTHING |
|---|---|---|---|---|---|---|---|---|

NAME & ADDRESS IDENTIFYING MARKS & CHARACTERISTICS (IF ARRESTED, SUSPS. FULL NAME & BK # ONLY)

| | IF YES PLACE AN X IN BOX |
|---|---|
| CAN A SUSPECT BE IDENTIFIED | **XXX** |

## VEH.

| | IF YES PLACE AN X IN BOX |
|---|---|
| CAN THE SUSPECT VEHICLE BE IDENTIFIED | |

| | LICENSE NUMBER | STATE | MAKE & MODEL | YEAR | TYPE | COLOR(S) | IDENTIFYING FEATURES |
|---|---|---|---|---|---|---|---|
| SUSP VEH | 204GVY | CA | | | | | |
| VICT VEH | | | | | | | |

## INJ.

WAS THERE A MAJOR INJURY OR SEX CRIME INVOLVED — IF YES PLACE AN X IN BOX

| V- | WHERE HOSPITALIZED | DATE & TIME | ATTENDING PHYSICIAN | NATURE OF INJURY |
|---|---|---|---|---|

## LOSS

IS THE STOLEN PROPERTY TRACEABLE — IF YES PLACE AN X IN BOX

| TYPE OF PROPERTY TAKEN or OBTAINED | PROPERTY REPORT | EVIDENCE REPORT | VEHICLE REPORT | AMOUNT OF LOSS |
|---|---|---|---|---|
| | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | |

## M.O.

IS THERE A SIGNIFICANT MODUS OPERANDI — IF YES PLACE AN X IN BOX

TRADEMARK OF SUSPECT(S) (UNUSUAL FEATURES OF CRIME THAT IS MOST APT TO RECUR FROM CRIME TO CRIME)

| TYPE OF PREMISES | METHOD TO GAIN ENTRY | TYPE OF INSTRUMENT, WEAPON, FORCE |
|---|---|---|
| UNKNOWN | — | BODILY FORCE |

| OBJECT OF ATTACK | POINT OF ENTRY | POINT OF EXIT |
|---|---|---|
| INFLICT INJURY | | |

## EVD.

| | IF YES PLACE AN X IN BOX |
|---|---|
| IS THERE SIGNIFICANT PHYSICAL EVIDENCE PRESENT | **XX** |
| HAS A TECHNICIAN BEEN INVOLVED/REQUESTED | **XX** |
| IS THERE ANY OTHER REASON TO BELIEVE THAT THE CRIME MAY BE SOLVED | **XX** |

## REVIEW

| REPORTING OFFICER RECOMMENDS | REPORTING OFFICER(S) | PHOTO NO(S) | VACATION |
|---|---|---|---|
| ☒ INV F/U   ☐ OFF REVIEW | R. GARCIA | 5103 | 12/93 |

| CONNECTING REPORT NO(S) | | REPORT REVIEWED BY | PHOTO NO | TYPED BY |
|---|---|---|---|---|
| CORONER'S CASE #92-10906 | VR#928-8662 | | | DT |
| | AR #3326334 | | | |

## ASSG.

| CSO | | LETTER | INV/UNIT | INVESTIGATOR ASSIGNED | PHOTO NO | DATE & TIME |
|---|---|---|---|---|---|---|
| ☐ CONCUR  ☐ INV F/U  ☐ OFF REVIEW | | | | Hom | | 04 |

| JUV | PATROL ADM | VICE | ORG. CRIME/ GANG | NARCO | AUTO | BURG. | FORG. | VC | HOM | SEX | ROBB | SOB | THEFT | WARR | STATE POLICE | MCI | ERCR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

LONG BEACH POLICE DEPARTMENT
INVESTIGATIVE CRIME REPORT

Page  2  of 7  Continuation of  <u>187 PC MURDER</u>    Crime Report#
928-8727

| VICTIM | | | DATE |
|---|---|---|---|
| SANCHEZ, Sonia | | | 11/29/92 |
| ACCUSED | BN | ACCUSED | BN |
| CHAVEZ, Juan Manuel  -  BK #3326334 | | | |

Filing officer, assigned to Unit 2A14, was dispatched to assist
Unit 1B3, Officer Dougherty #5118, who was dispatched to an unknown
problem on the beach at the Junipero lot.

Filing officer was advised via the police radio that a witness
observed a subject drop off a body and drag it in the sand behind
a wall. The witness stated that the subject then drove off in a
possible '65 Chevy Impala, gray or blue in color.

Filing officer, travelling westbound on Ocean en route to the
dispatch location, observed a male subject using a pay telephone at
the south side of Ocean and Molino. Filing officer contacted this
subject, later identified as witness #1 Beisly, Don.

At this time, filing officer was advised by Officer Dougherty that
he had located what looked to be a female Hispanic, who was
deceased. Officer Dougherty pronounced the victim dead at 0523
hours. For further, see Dead Body report and Coroner's Case #92-
10906.

Filing officer was advised by witness #1 that he was visiting his
aunt ~~█████████████~~, ~~██████████████████████████████~~. He
stated that he was walking eastbound on the south sidewalk of Ocean
Blvd. He was standing across from 2415 E. Ocean along the railing
where the stairs lead down to the beach, when he observed a vehicle
parked towards the far east southernmost corner of the Junipero
lot. He stated that he observed some type of "lump" on the
sidewalk by the right front fender of the vehicle, but due to
darkness, he could not tell exactly what it was. He stated he then
observed a male subject, whom he described as being a short male
Hispanic with short dark hair, wearing a green or gray jacket, bend
down and grab the object and start to drag it.

Filed by: R.GARCIA #5103
Typed by: D.Turner
11/29/92 - [direct] - 1125

05

LONG BEACH POLICE DEPARTMENT
INVESTIGATIVE CRIME REPORT

Crime Report#
Page  3  of  7    Continuation of  <u>187 PC MURDER</u>    928-8727

| VICTIM | DATE |
|---|---|
| SANCHEZ, Sonia | 11/29/92 |

| ACCUSED | BN | ACCUSED | BN |
|---|---|---|---|
| CHAVEZ, Juan Manuel  -  BK #3326334 | | | |

The witness said when the subject began to drag the object, he then observed that it was a body. He stated that the body being dragged had dark clothing above the waist and he could tell that below the waist the body was nude. He stated the subject continued to drag the body behind a small wall located directly in front of the subject's vehicle and left the body there. He said the subject got back into his vehicle, made a U-turn in the parking lot, and went westbound towards Junipero. He stated the subject's vehicle stopped at the stop sign and used his right turn indicator to go northbound on Junipero. He stated as the vehicle was travelling northbound on Junipero, he was no more than 30-35 yards away from the subject's vehicle, but he could not read the license plate. For further, see diagram.

The witness stated that he walked down the stairs that lead to the beach to see if the person needed some type of help. As he approached the subject, he stated that he could tell that it was a female and she did not respond to him when he spoke to her. He stated that she was not moving and he thought that she was seriously hurt and needed emergency help. He said he ran up the stairs to the 2600 block of E. Ocean and used the pay telephone to call the police.

Filing officer placed the witness in the patrol vehicle and drove to the Junipero lot to assist the other patrol officers. As filing officer approached the victim, he observed on the sidewalk impressions that were left in the sand which was covering the pavement. The impressions were northwest of the victim which appeared to be a body being dragged from the parking lot approximately 6 feet in length. Filing officer approached the victim, who was lying face-down with her head facing eastbound in a prone position. Filing officer observed the subject to be wearing a long sleeve black sweatshirt that went to her waist, but no clothing below her waist and no shoes. Filing officer was advised by Officer Dougherty that when he located the victim, she was cold to the touch and he could not find any sign of a pulse.

Filed by: R.GARCIA #5103
Typed by: D.Turner   11/29/92 - [direct] - 1150

C6

LONG BEACH POLICE DEPARTMENT
INVESTIGATIVE CRIME REPORT

Crime Report#
Page  4  of  7   Continuation of  187 PC MURDER   928-8727

| VICTIM | | | DATE |
|---|---|---|---|
| SANCHEZ, Sonia | | | 11/29/92 |

| ACCUSED | BN | ACCUSED | BN |
|---|---|---|---|
| CHAVEZ, Juan Manuel  -  BK #3326334 | | | |

Filing officer was assisted by several other units, along with Unit
2S14, Sgt. McCoy #5031, who cordoned off the crime scene.

Filing officer was advised by Police Dispatch that the Signal Hill
Police had initiated a traffic stop at 20th and Cherry on a vehicle
which possibly matched the suspect vehicle. The Signal Hill Police
were assisted by Long Beach Police Units 1B1, (Officer T. Brown
#5104), 1A70 (Officers J.Davis #3686, M. Szutenbach #5315), 3B26
(Officer L. Mahaffey #5063), and 1S16 (Sgt. LeGros #2903). These
units arrived on the scene and assisted the Signal Hill Police
Department in detaining the possible suspect, who was later
identified as Chavez, Juan Manuel (Booking #3326334).

Sgt. LeGros contacted filing officer to transport witness #1 to
20th and Cherry for a field show-up of the suspect and of the
suspect vehicle.

Filing officer advised witness #1 of the Field Show-up Admonition,
which he stated he understood. Filing officer and the witness
arrived on the scene. The witness advised filing officer that the
subject who was standing in front of the patrol vehicle for the
field show-up was wearing clothing similar to the subject seen at
the crime scene and, further, was of the same stature and build,
with the same hair color as this subject. The witness stated he
was positive that the vehicle at the traffic stop was the same
vehicle he had observed at the crime scene.

Officer J. Davis placed the suspect into handcuffs, placed him in
his patrol vehicle, and transported him to the Long Beach Police
Department Homicide Section to further their investigation.

Filing officer returned to the crime scene to continue the
investigation and wait for the arrival of the Coroner. Senior
Criminalist Lloyd E. Mahanay and Coroner Investigator Philip Dituri
arrived on the scene to conduct their investigation at 1004 hours
(see Coroner's Report #92-10906).

Filed by: R.GARCIA #5103
Typed by: D.Turner    11/29/92 - [direct] - 1225

67

LONG BEACH POLICE DEPARTMENT
INVESTIGATIVE CRIME REPORT

Page  5  of  7    Continuation of   187 PC MURDER    Crime Report#
928-8727

| VICTIM | | | DATE |
|---|---|---|---|
| SANCHEZ, Sonia | | | 11/29/92 |

| ACCUSED | BN | ACCUSED | BN |
|---|---|---|---|
| CHAVEZ, Juan | | | |

Homicide Investigators Collette #3035 and Wren #3116 arrived on the scene at 0843 hours and conducted their investigation (for further, see their report).

A laboratory technician was requested and Laboratory Technician Lynette Atwood #7171 arrived at the crime scene and photographed the scene and took several items of evidence into her possession, including a cut-out portion of the rear of the victim's sweatshirt which had footprints still visible on the shirt.  Technician Atwood also made plaster casts of footprints which were in the sand around the body.

Filing officer was advised by Officer T. Brown that he would filing Arrest Report #3326334 and that Officer K. Coy #5101 would be doing a Drug Recogniton Expert (DRE) Examination on the suspect while at the station (for further, see their reports).

The suspect vehicle was impounded under Vehicle Report #928-8662 by Officer Mahaffey.

For further on the dead body report, see Crime Report #928-8726 filed by Officer Dougherty.

For further, see the diagrams attached to this report filed by Officer Martinez #4039.

Filed by: R.GARCIA #5103
Typed by: D.Turner
11/29/92 - [direct] - 1240

C8

**FACTUAL DIAGRAM**

| | | | | | |
|---|---|---|---|---|---|
| | | | | PAGE _____ | OF _____ |
| DATE OF COLLISION | TIME (2400) | NCIC NUMBER | OFFICER I D | NUMBER | |
| MO     DAY     YR. | | | | | |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE ·                    )



INDICATE NORTH

BLUFF

SAND

BIKE PATH

PARKING LOT

⑥                         ⑨
191.8'

CURB

4'11
CURB                                    3c
WALL↑2'12    ④              3        2°         1C4'
1 c
SAND                              9

OCEAN

| PREPARER'S NAME | I D NUMBER | MO   DAY   YR | REVIEWER'S NAME | MO   DAY   YR |
|---|---|---|---|---|
| MARTINEZ L  4039 | | | | |

**INVESTIGATIVE CRIME REPORT**

CRIME REPORT NO

NARRATIVE PAGE _____ OF _____ CONTINUATION OF (OFFENSE) _____

| VICTIM'S NAME (LAST, FIRST, MIDDLE) OR FIRM NAME IF BUSINESS | DATE |
|---|---|
| -- | |

| ACCUSED | BOOKING NUMBER | ACCUSED | BOOKING NUMBER |
|---|---|---|---|
| | | | |

INDICATE ADDITIONAL IN MARGIN AT LEFT:
VICTIM — V    WITNESS — W    RELATIVE — X    SUSPECT — S    ACCUSED — A

## LEGEND

| | ITEM | MEASUREMENT |
|---|---|---|
| 1 | FOOTPRINT IN SAND | 111 W/E CURB (N/S) 3½"WK |
| 2 | FOOTPRINT ON PAVEMENT | 113 W/E CURB N/S 53 S/S W/E(W) |
| 3 | FOOTPRINT IN OIL/PAVEMENT | 113 W/E CURR 75 S/S CURR (E/W) |
| 4 | WALL BETWEEN CURB & SAND | — |
| 5 | PARKING METER # 206 & 271 | — |
| 6 | PARKING LOT LAMPPOSTS | 191.3 BETWEEN E + W LIGHTS |
| 7 | WITNESS VANTAGE POINT | 300' APPROX |
| 8 | OPENING TO WALKWAY | 4'6" WIDTH |
| 9 | DRAG MARKS FROM | |
| | SIDE WALK TO VIC'S BODY | |
| 10 | SIDEWALK | 4.11' |

10

✳ MAP NOT TO SCALE

MEASUREMENTS TAKEN WITH RULE IN FEET FROM N CURB & SUN/PGN, ETC

PD-2310 008 B (8/79)    PSIS HIT    REPORT BY  MARTINEZ + # 4030

LONG BEACH POLICE DEPARTMENT

**INVESTIGATIVE CRIME REPORT**    PW2 928-8725

| DISPATCHED X | OFF INITIATED | DOMESTIC | | |
|---|---|---|---|---|
| TELEPHONIC | WALK IN | VEH | | |

CLASSIFICATION OF CRIME    CC #92-10906

DEAD BODY - (HOMICIDE)    LOCATION OF OCCURRENCE: Junipero parking lot @ 2400 block E. Ocean

| DATE & TIME REPORTED | | OCCURRED ON or BET | MO | DATE | YR | TIME | DAY | MO | DATE | YR | TIME | DAY | REP'D BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-29-92 | 0513 hours | | 11 | 29 | 92 | 0500 | SU | | | | | | |

## VICTIM/WITNESS

NAME (FIRM NAME IF BUS): SANCHEZ, Sonia    RES ADDRESS: ████    ZIP 90255    RES PHONE

**V-1**    DAYS OFF / WORK HOURS    BUS ADDRESS (SCHOOL ATTENDED): ████44    ZIP    BUS PHONE    TYPE OF BUSINESS    SEX    RACE    DOB

WAS THERE A WITNESS TO THE CRIME    IF YES PLACE AN X IN BOX: X

INDICATE PROPER CODE IN BOXES PROVIDED    V—VICTIM    W—WITNESS    R P—REPORTING PARTY    X—RELATIVE

NAME: BEISLY, Don L    RES ADDRESS    ZIP ████6    RES PHONE

**W1**    Vary    DAYS OFF / WORK HOURS    BUS. ADDRESS (SCHOOL ATTENDED)    ZIP    BUS PHONE    TYPE OF BUSINESS    SEX    RACE    DOB

NAME    RES ADDRESS    ZIP    RES PHONE    BUS PHONE

DAYS OFF / WORK HOURS    BUS. ADDRESS (SCHOOL ATTENDED)    ZIP    TYPE OF BUSINESS    SEX    RACE    DOB

## SUSPECTS

| | IF YES PLACE AN X IN BOX |
|---|---|
| WAS A SUSPECT ARRESTED | X |
| CAN/IS A SUSPECT NAMED | X |
| CAN A SUSPECT BE LOCATED | X |
| CAN A SUSPECT BE DESCRIBED | X |

**S-1**

| SEX | RACE | AGE/DOB | HEIGHT | WEIGHT | HAIR | EYES | COMPL. | CLOTHING |
|---|---|---|---|---|---|---|---|---|

NAME & ADDRESS IDENTIFYING MARKS & CHARACTERISTICS (IF ARRESTED, SUSPS. FULL NAME & BK # ONLY)

CHAVEZ, Juan Manuel    BK #332-6334

**S-2**

| SEX | RACE | AGE/DOB | HEIGHT | WEIGHT | HAIR | EYES | COMPL. | CLOTHING |
|---|---|---|---|---|---|---|---|---|

NAME & ADDRESS IDENTIFYING MARKS & CHARACTERISTICS (IF ARRESTED, SUSPS. FULL NAME & BK # ONLY)

| | IF YES PLACE AN X IN BOX |
|---|---|
| CAN A SUSPECT BE IDENTIFIED | X |
| CAN THE SUSPECT VEHICLE BE IDENTIFIED | |

## VEH.

| | LICENSE NUMBER | STATE | MAKE & MODEL | YEAR | TYPE | COLOR(S) | IDENTIFYING FEATURES |
|---|---|---|---|---|---|---|---|
| SUSP. VEH | | | | | | | |
| VICT. VEH | | | | | | | |

## INJ.

WAS THERE A MAJOR INJURY OR SEX CRIME INVOLVED    IF YES PLACE AN X IN BOX

| V- | WHERE HOSPITALIZED | DATE & TIME | ATTENDING PHYSICIAN | NATURE OF INJURY |
|---|---|---|---|---|

## LOSS

IS THE STOLEN PROPERTY TRACEABLE    IF YES PLACE AN X IN BOX

| TYPE OF PROPERTY TAKEN or OBTAINED | PROPERTY REPORT | EVIDENCE REPORT | VEHICLE REPORT | AMOUNT OF LOSS |
|---|---|---|---|---|
| | YES [ ] NO [X] | YES [ ] NO [X] | YES [ ] NO [X] | |

## M.O.

IS THERE A SIGNIFICANT MO PRESENT    IF YES PLACE AN X IN BOX

TRADEMARK OF SUSPECT(S) (UNUSUAL FEATURES OF CRIME THAT IS MOST APT TO RECUR FROM CRIME TO CRIME)

| TYPE OF PREMISES | METHOD TO GAIN ENTRY | TYPE OF INSTRUMENT, WEAPON, FORCE |
|---|---|---|
| | —— DEAD BODY —— | |
| OBJECT OF ATTACK | POINT OF ENTRY | POINT OF EXIT |

## EVD.

| | IF YES PLACE AN X IN BOX |
|---|---|
| IS THERE SIGNIFICANT PHYSICAL EVIDENCE PRESENT | X |
| HAS A TECHNICIAN BEEN INVOLVED/REQUESTED | X |

## REVIEW

IS THERE ANY OTHER REASON TO BELIEVE THAT THE CRIME MAY BE SOLVED    IF YES PLACE AN X IN BOX: X

| REPORTING OFFICER RECOMMENDS | REPORTING OFFICER(S) | PHOTO NO(S) | VACATION |
|---|---|---|---|
| [X] INV F/U [ ] OFF REVIEW | M. A. Dougherty | 5118 | |

CONNECTING REPORT NO(S)    CC #92-10906    REPORT REVIEWED BY    PHOTO NO    TYPED BY: Connie

CRs #928-8727, -8662, AR #332-6334

## ASSG.

CSO [ ] CONCUR [ ] INV F/U [ ] OFF REVIEW    ████    LETTER /INV. UNIT    INVESTIGATOR ASSIGNED: Hom    PHOTO NO    DATE & TIME

| JUV | PATROL ADM. | VICE | ORG. CRIME/GANG | NARCO | AUTO | BURG. | FORG. | VC | HOM | SEX | ROBB | SOB | THEFT | WARR | STATE POLICE | | MCI | ERCR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

LONG BEACH POLICE DEPARTMENT
## INVESTIGATIVE CRIME REPORT

| | | | Crime Report No. |
|---|---|---|---|
| Page   2   of | Continuation of   DEAD BODY   (HOMICIDE) | | 928-8726 |

| Victim's Name | Date |
|---|---|
| SANCHEZ, Sonia | 11-29-92 |

| Accused | Booking Number | Accused | Booking Number |
|---|---|---|---|
| CHAVEZ, Juan Manuel BK #332-6334 | | | |

Filing officer Dougherty, 5118, was assisting unit 2A75, Officer L.
Martinez, 4039, and Officer B. Roberson, 5225, who were dispatched
to Junipero Lot at 0515 hours regarding a body that was dropped
off.   Filing officer heard via radio that calling party (C/P)
Beisly called in and said that he saw a male Hispanic, short, black
hair, drove off in a 1965 grey or blue Chevy Impala after dropping
off a female, who is nude from the waist down near a wall by the
bathroom.   For further, see Call #0266.

Filing officer drove southbound Junipero from Ocean into the
parking lot then eastbound towards the bathroom.   Officer Dougherty
checked the bathrooms and around the building, but found nothing.
Officer Dougherty noticed a cinder block wall running east/west,
dividing the sidewalk from the sand located on the south side of
the parking lot.   Officer Dougherty walked westbound near the
cinder block wall and noticed a female subject, later identified as
victim Sanchez, Sonia, laying face down in the sand.   Officer
Dougherty noticed that the victim was wearing only a black long
sleeved shirt and that she was nude from the waist down.   Officer
Dougherty noticed that there were two shoe prints on the back of
the victim's shirt, which were clearly visible.

The victim's body was laying in an east/west direction with her
head pointing east and her feet pointing west.   Officer Dougherty
further noticed that the victim's left hand was paralleling
alongside her waist, bent slightly at the elbow, but leaving her
hand clearly visible.   The victim's right arm was parallel along
her right side with her elbow bent and with her hand underneath her
right hip, leaving only the right pinky and the ring finger
visible.   The victim's head was fully covered with long brown hair,
so it was undetermined which way her face was lying.

| Filed by: | Officer M. A. Dougherty   #5118 |
|---|---|
| Typed by: | Connie(CT3)/Direct |
| Date/Time: | 11-29-92/1230 |

LONG BEACH POLICE DEPARTMENT
## INVESTIGATIVE CRIME REPORT

| Page 3 of    Continuation of DEAD BODY (HOMICIDE) | Crime Report No. 928-8726 |
|---|---|

| Victim's Name | Date |
|---|---|
| SANCHEZ, Sonia | 11-29-92 |

| Accused | Booking Number | Accused | Booking Number |
|---|---|---|---|
| CHAVEZ, Juan Manuel BK #332-6334 | | | |

Officer Dougherty noticed that she was not moving at all and attempted to check her carotid for a pulse, but due to the amount of hair around the victim's neck, filing officer was unsuccessful. Officer Dougherty then felt the victim's left wrist, at which time filing officer noticed that the victim's wrist was slightly cold to the touch. Officer Dougherty felt no pulse in the victim's wrist, at which time Officer Dougherty pronounced the victim dead at 0523 hours.

At this time Officer Dougherty advised Communications that the victim had expired and later unit 2S14, Sergeant F. McCoy, 5031, responded to the scene along with assisting units. It should be noted that unit 1S16, Sergeant Le Gros, 2903,    also responded.

At 0525 hours, Station Commander Lieutenant Titus was advised of the situation. Lieutenant Titus later notified Homicide and the lab regarding the incident. Homicide Detectives W. Collette, 3035, and Wren, #3116, later responded at the scene. Lab unit L6, R. Escobar, 7223, and lab unit L4, Lynette Atwood, 7171, also later responded at the scene. For further, see lab report and photos.

At 0658 hours, Homicide Detective Collette advised the Coroner's office, Coroner S. Correa, 405057, of the incident.

At 0843 hours, Coroner Dituri, 405927; Coroner White, 416454; and Criminalist Mahanay, 134851; and Coroner transport driver Halsey, #502406293, responded to the scene.

Filing officer's investigation, while at the scene, revealed several tattoos and scrapes on the victim's body. The following are the locations where the tatoos and scrapes were found:

Filed by:    Officer M. A. Dougherty  #5118
Typed by:    Connie(CT3)/Direct
Date/Time:   11-29-92/1300

LONG BEACH POLICE DEPARTMENT
## INVESTIGATIVE CRIME REPORT

|  |  | Crime Report No. |
|---|---|---|
| Page  4  of | Continuation of  DEAD BODY  (HOMICIDE) | 928-8726 |

| Victim's Name | Date |
|---|---|
| SANCHEZ, Sonia | 11-29-92 |

| Accused | Booking Number | Accused | Booking Number |
|---|---|---|---|
| CHAVEZ, Juan Manuel BK #332-6334 | | | |

**TATTOOS:**

A tattoo "Mom" and a cross on her left wrist.  A letter "S" tattoo on her left thumb, and word "Sonia" on the middle finger of her left hand.  A tattoo "Love" on her left ankle.  A tattoo above her left breast (unknown name).

**ABRASIONS:**

Right wrist and knuckles.  Several small red marks, resembling a rash, on her left buttocks and on her left back leg area.  A dark red mark around her neck.  Officer Dougherty noticed that there appeared to be blood coming from the victim's nose.

Officer Dougherty noticed that the victim was wearing a yellow metal necklace around her neck, a watch on her left wrist, and it appeared to filing officer that the victim had recently removed a ring from her left ring finger due to the fact that an impression was left.

At that time of this filing, it was undetermined the cause of the victim's death.

It should be noted that the body was later taken by the Coroners. For further, see Coroner's Case #92-10906.

It should be noted that the suspect was later arrested in connection with the above incident.  For further, see  AR #332-6334, Vehicle Report #928-8662, CR #928-8727 (187 PC) filed by Officer Garcia, and DRE #92-406.

Filing officer can testify to the above contents of this report.

Filed by:    Officer M. A. Dougherty    #5118
Typed by:    Connie(CT3)/Direct    Date/Time:11-29-92/1345

*Horu*

LONG BEACH POLICE DEPARTMENT
## INVESTIGATIVE CRIME REPORT

Crime Report No.
928-8727

Page  1  of  2 .  Continuation of  187 PC MURDER

Victim's Name                                                    Date

Accused          Booking Number      Accused          Booking Number

CHAVEZ, Juan Manuel

### F O L L O W - U P:

Filing officer Reichard, 5110, assigned to uniform patrol unit
2B21, was patrolling in the area of 2300 block of Ocean Blvd. when
she observed and contacted the following witness:

Schorr, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ DOB
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓8.  The
witness was sitting in her legally parked vehicle along the grassy
area of the bluff just east of the Long Beach Museum of Art located
at 2300 E. Ocean.

Filing officer approached the witness in her vehicle and asked her
about how long she had been here and if she had seen anything
unusual this morning.  Witness Schorr told filing officer that she
did not see or hear anything unusual and that she had been here
since approximately 5 AM or 5:10 AM.   While filing officer was
getting witness' information, the witness stated that she did see
a large older model Chevy, dark colored, possibly blue, come
southbound Cherry to eastbound Ocean and then turn southbound into
the Junipero parking lot of the beach.  Witness stated that she
thought it was unusual that the Chevy pulled into the Junipero lot
because the gate is usually locked at that time of the morning.

Witness said she comes eastbound Ocean every morning at 5 AM and
parks on the east side of the museum to pray.  When witness saw the
vehicle, she had a red light for eastbound Ocean and the older
Chevy had the green light southbound Cherry.  Witness stated she
was right behind the Chevy when it pulled into the Junipero lot,
but did not see anyone in the vehicle.

    Filed by:      Officer F. Reichard  #5110
    Typed by:      Connie(CT3)/Direct
    Date/Time:     11-29-92/0800

**20**

7||ò

LONG BEACH POLICE DEPARTMENT
## INVESTIGATIVE CRIME REPORT

| | | Crime Report No. |
|---|---|---|
| Page  2  of  2    Continuation of. 245(A)(2) PC ADW | | .928-8653 . |

| Victim's Name | | | Date |
|---|---|---|---|
| RIVERA, Jesus | | | 11-28-92 |

| Accused | Booking Number | Accused | Booking Number |
|---|---|---|---|
| | | | |

F O L L O W - U P:

Filing officer asked witness could she recognize the car if she saw
it again.    Witness stated, "Yes," because she used to have the
same car years ago.  Filing officer transported witness to the area
of Cherry and 20th Street, where Signal Hill PD had the suspect
vehicle stopped. -- While—en--route, filing officer advised the
witness that this may or may not be the vehicle she saw.    When
witness viewed the vehicle, she stated, "Yes, that's definitely the
car I saw going into the lot."

Filing officer drove the witness back to her vehicle, which was
parked in the area of 2300 E. Ocean Blvd. and advised her that the
Detectives would probably be giving her a call in the future.  The
witness stated that she would be willing to testify to what she
saw.

Filing officer can testify to the contents of this report and
witness' statements.

Filed by:     Officer F. Reichard  #5110
Typed by:     Connie(CT3)/Direct
Date/Time:    11-29-92/0820

**21**

**LONG BEACH POLICE DEPARTMENT**
**INVESTIGATIVE CRIME REPORT**

| | Crime Report No. |
|---|---|
| Page  1  of  2    Continuation of 187 P. C. MURDER | 928-8727 |

| Victim's Name | Date |
|---|---|
| SANCHEZ, Sonia | 11/29/92 |

| Accused | Booking Number | Accused | Booking Number |
|---|---|---|---|
| CHAVEZ, Juan Manuel | 3326334 | | |

**C R I M E    S C E N E**

On November 29, 1992, filing officer and Detective W. B. Collette responded to call number 266.  Detectives initially went to the northbound lanes of Cherry Avenue north of P.C.H. in the City of Signal Hill.  At that location, detectives directed the patrol personnel to impound the vehicle that the suspect had been driving prior to his arrest by Signal Hill Officer Owen.

Filing officer and Detective W. Collette then responded to the beach parking lot at the foot of Junipero Avenue in the City of Long Beach.  Detectives arrived at this location at approximately 0655 hours.

Detectives observed the crime scene to be located on the south side of the parking lot a short distance from the extreme east end of the paved parking lot.  The body was observed to be lying on the sand immediately next to the block wall which separates the parking lot sidewalk from the sand beach.

The victim appeared to be a female Hispanic, late teens or early 20s.  The victim was lying face down on the sand with her head to the east and her feet to the west.  Both arms were lying alongside the upper torso and parallel to the same with her palms turned upwards.  The body was clothed in a long-sleeved black sweater. The victim was wearing a watch on her left wrist which had a black band.  The victim's hair was dark brown and appeared to be waist length.

Detectives were able to observe a shoe pattern on the back of the victim's black sweater.  There appeared to be two shoe sole impressions with a tread design.  The feet of the victim were located a few inches east of a pedestrian walkway which leads between the parking lot and the sandy beach.  Drag marks were observed from the asphalt parking lot across the concrete sidewalk and on to the sandy beach leading to where the victim's body was observed.

FB: Detective L. Wren #3116
TB: S. Grageda [direct 113092 0915]

22

LONG BEACH POLICE DEPARTMENT
INVESTIGATIVE CRIME REPORT

Crime Report No.

Page  2  of  2    Continuation of 187 P. C. MURDER        928-8727

| Victim's Name | | | | Date |
|---|---|---|---|---|
| SANCHEZ, Sonia | | | | 11/29/92 |

| Accused | Booking Number | Accused | | Booking Number |
|---|---|---|---|---|
| CHAVEZ, Juan Manuel | 3326334 | | | |

Coroner's personnel arrived and a further examination of the victim
proceeded.  The coroner's personnel were Investigator Philip DITURI
and Criminalist Lloyd MAHANAY.  During the coroner's examination of
the body, a sexual assault examination kit #1129 was administered
to the victim.   During the coroner's examination, it was further
noted that the anal swab of the victim revealed what appeared to be
blood.

Further examination revealed the following tattoos.   The word
"Sonia" and a rose on the right shoulder blade, the word "Love" on
the left inner ankle, the word "mom" and a cross on the left wrist,
a word (unknown) on the left breast.  A yellow metal chain was
observed around the victim's neck.  The victim was also wearing a
brassier which had been unhooked.  Abrasions were observed on the
right wrist and back of the right hand and on the knuckles of the
left hand.  There was an abrasion on the front of the right upper
thigh which was consistent in appearance with the oily dirt which
was observed in the parking places of the parking lot, consistent
with being dragged across that surface.  There was heavy petechia
hemorrhage observed in both eyes and on the lips of the victim
consistent with suffocation as the cause of death.

The portion of the sweater where the footprints were observed was
cut from the sweater and maintained in the care and custody of
Detectives Wren and Collette.

FB: Detective L. Wren #3116
TB: S. Grageda [direct 113092 0915]

LONG BEACH POLICE DEPARTMENT
BOOKING AND PROPERTY RECORD

| | | | Yes | No |
|---|---|---|---|---|
| Have VD | | | ☐ | ☐ |
| Have Hepatitis | | | ☐ | ☐ |
| Have TB | | | ☐ | ☐ |
| Ever Have TB | | | ☐ | ☐ |
| Have Diabetes | | | ☐ | ☐ |

**Arrest Report**

| BOOKING NO. | LOC. BKD. | DR. LIC. NO. | STATE | |
|---|---|---|---|---|
| 3326334 | LBPS | A2363306 | CA | 1 |

ARRESTEE'S NAME (LAST, FIRST, MIDDLE) — — 2
CHAVEZ    JUAN    MANUEL.

ADDITIONAL AKA:

| ADDRESS | | | | 3 | CITY | | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| 925 | CHERRY | | 3 | | LONG BEACH | | CA | 00000 |

| SEX | DESC. | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|---|
| M | H | BLK | BRO | 510 | 175 | 07-03-48 | 24 |

| VEH. LIC. NO. | STATE | RPT. DIST. | AKA/NICKNAME | |
|---|---|---|---|---|
| 204GVY | CA | 9099 | | 5 |

On Probation / Parole        Yes    No

| BIRTHPLACE | C.R. NO. | | AD.CHG. |
|---|---|---|---|
| CA | 9288727 | | Y6 |

Office _____

| AG'Y. OR DETAIL ARRESTING | DATE & TIME ARRESTED | | TIME BKD. |
|---|---|---|---|
| 1941 | 11-29-92  0545 | | 1417  7 |

Officer _____

| LOCATION OF ARREST | TOTAL BAIL |
|---|---|
| CHERRY/20TH. SIGNAL HILL. | NO BAIL 8 |

| CHARGE | WARR. COMM. NO. |
|---|---|
| 187(A)PC    F MURDER | 9 |

FOREIGN

| JAIL LOC. | ARRAIGN. DATE | TIME | COURT | PRISONER'S SIGNATURE WHEN BOOKED |
|---|---|---|---|---|
| LBPS | 00-00-00 | 0000 | | X    10 |

WARRANT

| SOC. SEC. NO. | OBSERVABLE PHYSICAL ODDITIES | OCCUPATION |
|---|---|---|
| 559399251 | TATTOO SHOULDER, RIGHT | SECURITY OFFICER 11 |

| EMPLOYER (FIRM OR PERSON'S NAME, CITY & PHONE NO.) | | SPECIAL MEDICAL PROBLEM |
|---|---|---|
| PEDUS SECURITY    0000000000 | | 12 |

| CLOTHING WORN | LOCATION OR DISPOSITION OF VEHICLE |
|---|---|
| GRY SHT,BLK PTS,BLK SHS | IMPOUNDED 13 |

IN CASE OF EMERGENCY NOTIFY (NAME, RELATIONSHIP, ADDRESS, CITY & PHONE NO.)
CARPIO    EVELYN    WIFE        3105916529    14

| ARRESTING OFFICER | | BOOKING EMPLOYEE | | SEARCHING OFFICER | | TRANSPORTING OFFICER | |
|---|---|---|---|---|---|---|---|
| BROWN | 5104 | HAMETA | 7088 | DAVIS | 003686 | SZTENBACH | 005315 |

| CASH RETAINED | PROPERTY |
|---|---|
| 7.81 | |

PRISONER'S SIG. FOR REC'T OF FOREGOING CASH & PROPERTY
X    17

| CASH DEPOSITED | PROPERTY |
|---|---|
| 0.00 | WALLET, CDL, KEYS, BELT, 2 EARRINGS. BOOKED INTO EVIDENCE: ALL 18 |

CLOTHING    19

PRISONER'S SIG. FOR REC'T OF REMAINING CASH & PROPERTY
X    20

| Additional Charges | Level | Warrant # | Court | Bail |
|---|---|---|---|---|
| 40508(A)VC    FTA/TRAFFIC WARR | M | ELA92M0704 | ELAC | 1000.00 |

Page 1 of 7

T. Brown 5104
typed by: B. Seeley 7204
11/29/92 1612 direct

cc:  Probable Cause
     CR 928-8727
     CR 928-8726
     CR 928-8662
     Evidence Report
     DRE #92-406

24

CITY OF LONG BEACH,  CALIFORNIA

ADDITIONAL INFORMATION TO BE ADDED TO REPORT MADE AND
FILED COVERING CASE MENTIONED ON FILING MARGIN

VICTIM: SANCHEZ, SONIA                    DATE: 11/29/92

ACCUSED:  CHAVEZ, JUAN MANUEL             BN:  3326334

PAGE 2 OF AR RE:  187 (A) PC F MURDER

Witness #1 Owens

Witness #2 Cravens

Witness #3 Boska,

Witness #4 McCarthy,

The above named defendant was arrested after he was observed to be
driving a vehicle that matched the description of a vehicle that
was just used in a murder. Some of the victim's personal belongings
and identification were found in the vehicle that the defendant was
driving. The defendant was also identified by witnesses who were at
the scene of the murder. The defendant was also found to have an
outstanding warrant out for his arrest.

I, Brown assigned to uniform patrol day unit, 1B1 was
dispatched to assist Signal Hill Police Officers who had conducted
a traffic stop of a possible suspect vehicle that was involved in
a murder that had occurred at the Junipero lot in Long Beach. The
Signal Hill Units had the vehicle stopped in the area of 20th and
Cherry.

I drove to that location to assist the units. Upon arrival, I
noticed that there were four blue and white Signal Hill patrol cars
that had a light blue older model Chevy stopped northbound on
Cherry just south of 20th. The Signal Hill officers had a male
Hispanic subject out of the car and was seated on the east curb of

T. Brown 5104
typed by: B. Seeley 7204
11/29/92 1600 direct

25

CITY OF LONG BEACH, CALIFORNIA

### ADDITIONAL INFORMATION TO BE ADDED TO REPORT MADE AND FILED COVERING CASE MENTIONED ON FILING MARGIN

VICTIM: SANCHEZ, SONIA                          DATE: 11/29/92

ACCUSED:  CHAVEZ, JUAN MANUEL                    BN:  3326334

PAGE 3 OF AR RE:  187 (A) PC F MURDER

Cherry behind the vehicle they had stopped. The vehicle was a 1973 Chevy Caprice, Ca. license plate of 204GVY. The vehicle was light blue in color, very clean looking.

I contacted ~~░░░░░░~~ Cravens of the Signal Hill Police Department who told me that himself and the other Signal Hill officers on scene were monitoring the scanners they have in their patrol units of the call regarding the incident that had just occurred at the Junipero lot. They heard over the scanner that the suspect vehicle was possibly a '65 light blue Chevy Impala with a single male Hispanic occupant inside the vehicle. The vehicle was possibly related to the homicide that had just occurred and was possibly heading towards their city.

~~░░░░░░░░░░~~ Owens, ~~░░░░░░░~~ while working routine patrol and advised of this information, was sitting parked in his patrol vehicle in the parking lot of the Rally's Hamburger Stand on the north east corner of Cherry and PCH. ~~░░░░░░~~ Owens noticed a vehicle matching the description he had just heard over the scanner that was traveling in a northbound direction on Cherry waiting for the red light at PCH. ~~░░░░░░~~ Owens told his dispatcher that he had a possible suspect vehicle from the incident that had occurred at the Junipero lot and requested additional Signal Hill Units to assist.

The vehicle continued traveling northbound on Cherry from PCH and ~~░░░░░░~~ Owens pulled his patrol vehicle in behind the vehicle and followed it northbound on Cherry. As the vehicle was just south of 20th St., ~~░░░░░░~~ Owens activated his overhead red and blue lights to initiate a traffic stop on the vehicle. The subject inside of the vehicle was asked to exit the vehicle, produced a California i.d. card under the name of Chavez, Juan (the above defendant). The

T. Brown 5104
typed by: B. Seeley 7204
11/29/92 1603 direct

26

CITY OF LONG BEACH, CALIFORNIA

ADDITIONAL INFORMATION TO BE ADDED TO REPORT MADE AND
FILED COVERING CASE MENTIONED ON FILING MARGIN

VICTIM: SANCHEZ, SONIA                          DATE: 11/29/92

ACCUSED: CHAVEZ, JUAN MANUEL                     BN:  3326334

PAGE 4 OF AR RE:   187 (A) PC F MURDER

defendant was then asked to have a seat on the curb at the rear of
his vehicle until LBPD officers arrived on scene.

I then contacted ~~Officer~~ Owens who told me that he was
monitoring the scanner inside of his patrol unit and was advised of
the information regarding the suspect vehicle description, the
direction of travel of the suspect vehicle, and that the vehicle
was possibly related to a homicide that had just occurred at the
Junipero lot.

As he was parked in the parking lot of the Rally's Hamburger Stand
on the north east corner of Cherry and PCH, he noticed a vehicle
matching the description that he had just heard over the scanner
waiting for the red signal light to travel northbound on Cherry
from PCH. Believing that the vehicle which was waiting for the red
light may possibly be the suspect vehicle from the homicide, he
advised his dispatcher of the situation and requested additional
Signal Hill Units to assist. The vehicle traveled northbound on
Cherry from PCH and he noticed that the vehicle contained a lone
male Hispanic occupant with short black hair. He stated that the
vehicle had the California license plate of 204GVY and that the
vehicle was registered to a Sanchez, Sonia.

He followed the possible suspect vehicle northbound on Cherry from
PCH and as they were just south of 20th St., he activated his
overhead red and blue lights of his patrol vehicle to initiate a
traffic stop of this vehicle. He was assisted by ~~Ofcr~~. Cravens and
~~Officer~~ Boska.

As he approached the vehicle, he contacted the male Hispanic
driver. ~~Officer~~ Owens identified himself as an officer with the
Signal Hill Police Department and asked to see the subject's

T. Brown 5104
typed by: B. Seeley 7204
11/29/92 1605 direct

CITY OF LONG BEACH, CALIFORNIA

ADDITIONAL INFORMATION TO BE ADDED TO REPORT MADE AND
FILED COVERING CASE MENTIONED ON FILING MARGIN

:CTIM: SANCHEZ, SONIA                          DATE: 11/29/92

:CUSED:  CHAVEZ, JUAN MANUEL               BN:  3326334

.GE 5 OF AR RE:  187 (A) PC F MURDER

·iver's license. The subject produced a California i.d. card under
.e name of Chavez, Juan. ████████ Owens asked the subject where he
.s coming from. The subject stated that he was coming from home.
·████ Owens asked, where's that. The subject stated 946 Cherry.
████ Boska who was looking in through the passenger side window
·side of the vehicle, noticed a woman's purse sitting in plain
·ew on the right front passenger seat alongside the subject who
.s the driver. ████████ Boska advised ████████ Owens of the purse
.ich was on the seat. ████████ Owens asked the subject who's purse
   that? The subject stated that it was his girlfriend's and that
.ey had just got into a fight earlier that night at a party in
.ntington Park. ████████ Owens asked where the girlfriend was. The
·bject stated he had left her at the party.

████████ Owens asked the subject (who was later identified as
:fendant Chavez) to exit the vehicle. The defendant exited the
.hicle, walked over to the east curb of Cherry just behind his car
.d had a seat on the curb.

.. Cravens and ████████ Owens heard over their scanners that the
.ctim from the incident that had occurred at the Junipero lot had
.ed and that according to witnesses statements at the scene, the
.spect vehicle that the Signal Hill officers had stopped may
.ssibly be related. ████████ Owens asked the defendant to stand up
   this time, advised him that he was being detained for
.vestigation relating to a homicide that had just occurred,
.ndcuffed him without incident and had him sit back down on the
.rb.

████████ Legros arrived on scene to assist with the investigation.
████████ L. Mahaffey, J. Davis and B. Szutenbach from the LBPD also
·rived on scene to assist in securing the scene.

 Brown 5104
ped by: B. Seeley 7204
/29/92 1607 direct

                                               28

CITY OF LONG BEACH,   CALIFORNIA

ADDITIONAL INFORMATION TO BE ADDED TO REPORT MADE AND
FILED COVERING CASE MENTIONED ON FILING MARGIN


VICTIM: SANCHEZ, SONIA                         DATE: 11/29/92


ACCUSED:   CHAVEZ, JUAN MANUEL                 BN:   3326334


PAGE 6 OF AR RE:   187 (A) PC F MURDER

█████ Mahaffey upon looking inside of the suspect vehicle noticed
that there was a multi-colored blanket draped over the front seat
and that there was what appeared to be blood stains on the blanket
on the passenger side. ████████ Davis when looking at the
defendant's hand while he was seated on the curb, noticed that
there was what appeared to be blood stains on the defendant's
hands.

The original crime scene in the Junipero lot was secured and
investigated by Officers Garcia and Dougherty along with ██████
McCoy. For further see connecting crime report #928-8727 and  dead
body report #928-8726.

Officer Garcia having one of the witnesses to the incident in his
patrol vehicle responded to 20th and Cherry to conduct a field
show-up. The witness was advised of the field show-up admonition.
At the conclusion of the field show-up, he positively identified
the vehicle that the defendant was driving as being the same
vehicle that he saw leaving the Junipero lot.

████████████████████ ██████ Wren and ████ Collette arrived and were
advised of the circumstances surrounding the defendant's arrest.
They wanted Unit 1A70, Officers Davis and Szutenbach to transport
the defendant down to the Police Department for a follow-up
investigation. The officers were advised to keep the defendant
handcuffed at all times if possible and find a Drug Recognition
Expert to conduct an evaluation on the defendant. The defendant was
then transported to the LBPD by Officers Davis and Szutenbach.
Officer Coy, a Certified Drug Recognition Expert met them at the
station to conduct a drug influence evaluation. For further see DR
report #92-406.


T. Brown 5104
typed by: B. Seeley 7204
11/29/92 1609 direct

CITY OF LONG BEACH, CALIFORNIA

ADDITIONAL INFORMATION TO BE ADDED TO REPORT MADE AND
FILED COVERING CASE MENTIONED ON FILING MARGIN

VICTIM: SANCHEZ, SONIA                                    DATE: 11/29/92

ACCUSED:  CHAVEZ, JUAN MANUEL                             BN:  3326334

PAGE 7 OF AR RE:   187 (A) PC F MURDER

Lab Tech Lynette Atwood arrived on scene and took pictures of the
defendant's vehicle and was going to respond to the tow yard and
analyze the defendant's vehicle.

The defendant was then escorted to the 3rd floor of the Police
Station and detained in the interview room in the Homicide area.

The defendant was asked to remove all of his clothing. He removed
all of his clothing in the presence of Officer Davis. Officer Davis
recovered the clothing and gave them to Officer Brown who later
placed them into police evidence.

The defendant's vehicle that he was driving was impounded by
Officer Mahaffey. The vehicle was held for prints and lab analysis.
For further see vehicle report #928-8662. The vehicle was removed
by Tow Truck driver Vern Geiger and taken to 901 W. Anaheim.

Detectives Wren and Collette after completing their investigation
at the Junipero lot, responded back to the Police Station to
interview the defendant.

At the conclusion of the interview, I escorted the defendant down
to the booking area of the Police Station. The defendant was then
booked as charged and escorted to the 6th floor men's jail where he
was released to jail personnel.

T. Brown 5104
typed by: B. Seeley 7204
11/29/92 1611 direct

30

CITY OF LONG BEACH,  CALIFORNIA

ADDITIONAL INFORMATION TO BE ADDED TO REPORT MADE AND
FILED COVERING CASE MENTIONED ON FILING MARGIN

VICTIM:   SANCHEZ, Sonia                       DATE: 11/29/92

ACCUSED:   CHAVEZ, Juan Manuel                 BN:   3326334

PAGE 1 OF <u>FOLLOW-UP</u> AR RE:   187 PC MURDER

Filing officer assisted on 187 Penal Code Call #0266, responding to
the scene of an arrest at 20th and Cherry.

Upon arrival, filing officer observed the defendant seated on the
east curb of Cherry Avenue, handcuffed, and being detained by
Signal Hill Police Department Cpl. S. Owens #18 and Long Beach
Police Department Officer T. Brown #5104.  The defendant was seated
at the rear of the vehicle, which matched the description of the
suspect vehicle.   The vehicle was a '73 Chevy, license plate
#204GVY.

A field show-up was conducted.  For the results of the show-up, see
the arrest report filed by Officer T. Brown #5104 and the follow-up
filed by Long Beach Police Officer R. Garcia.

After the field show-up, the defendant was placed under arrest by
Officer T. Brown of the Long Beach Police Department.   Filing
officer took custody of the defendant and seatbelted him into the
right rear caged seat of police cruiser #17955.  The defendant was
transported to the Long Beach Police Department.

Upon arrival at the station, filing officer escorted the defendant
into booking, while Officer Szutenbach #5315 searched the rear seat
of the police vehicle where the defendant was seated.   Officer
Szutenbach found two vehicle registration slips and a parking
ticket payment receipt under the portion of the seat where the
defendant had been sitting.   All of these papers were from the
California Department of Motor Vehicles and all were to a '73 Chevy
(license plate #204GVY) registered to Sanchez, Sonia, 1746 E.
Florence Avenue, Los Angeles.

Officer Szutenbach gave these documents to Officer Brown, who
retained them in his possession until placing them into Evidence.

Filed by:   J.DAVIS #3686
Typed by:   D.Turner
11/29/92 - [written] - 1455

33

CITY OF LONG BEACH,    CALIFORNIA

ADDITIONAL INFORMATION TO BE ADDED TO REPORT MADE AND
FILED COVERING CASE MENTIONED ON FILING MARGIN

VICTIM:    SANCHEZ, Sonia                    DATE:  11/29/92

ACCUSED:    CHAVEZ, Juan Manuel              BN:    3326334

PAGE 2 OF <u>FOLLOW-UP</u> AR RE:   187 PC MURDER

Filing officer administered an Intoxilyzer Test to the defendant,
with the results of .12% blood alcohol content and .13% blood
alcohol content at 0610 hours and 0611 hours, respectively.

Filing officer escorted the defendant to the 1st Floor Drug
Recognition Expert (DRE) room where he was examined by DRE Officer
K. Coy #5101. Upon completion of his examination, Officer Coy
advised filing officer that it was his expert opinion that the
defendant was not under the influence of any drug, other then
alcohol.

During the booking inventory of the prisoner's property, filing
officer found two gold bracelets, one with the name "SONIA" on the
name plate and two gold rings in the defendant's left front shirt
pocket. All of this jewelry appears to be a woman's jewelry. This
jewelry was retained in filing officer's possession until given to
Officer Brown, who placed them into Evidence.

Filing officer removed a large silver and turquoise ring from the
defendant's right ring finger and his silver Seiko watch from his
left wrist. Filing officer retained these in his possession until
giving them to Officer Brown, who placed them into Evidence.

The defendant was then escorted to an interview room on the 3rd
Floor and detained there for Homicide detectives.

Filing officer was instructed by Watch Commander Lt. C. Lowe to
obtain jail clothing for the defendant and to take his clothing for
evidence.

Filing officer carried out these instructions.   The defendant
changed clothes in filing officer's presence.   Filing officer
observed what appeared to be blood stains on the front of the
defendant's boxer shorts.

Filed by:  J.DAVIS #3686
Typed by:  D.Turner
11/29/92 - [written] - 1510

34

CITY OF LONG BEACH,    CALIFORNIA

ADDITIONAL INFORMATION TO BE ADDED TO REPORT MADE AND
FILED COVERING CASE MENTIONED ON FILING MARGIN

VICTIM:    SANCHEZ, Sonia                    DATE: 11/29/92

ACCUSED:    CHAVEZ, Juan Manuel               BN:    3326334

PAGE 3 OF FOLLOW-UP AR RE:   187 PC MURDER

There were no visible injuries in that area of the defendant's body
(waist, genitals, upper legs).   The defendant's clothing was
bagged, along with his shoes, and retained in filing officer's
possession until giving them to Officer Brown, who placed them into
Evidence.

Filing officer examined the defendant and noted a small, fresh,
bloody scrape on his left wrist (inside), two scratches or scrapes
approximately 1/2 inch long and 1/4 inch apart on the outside of
his right thumb.   The defendant had dried blood on his left thumb,
thumb web, and index finger.   During the time he was in filing
officer's custody, the defendant remained handcuffed and closely
monitored to prevent him from wiping blood off his hands.

Filing officer was relieved by Officer T. Brown, who detained the
defendant for Homicide.

Filing officer can testify to the contents of this report.

For further, see Evidence report.

Filed by:   J.DAVIS #3686
Typed by:   D.Turner
11/29/92 - [written] - 1515

35