# EXHIBIT  K

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT  COURT OF APPEAL - SECOND DIST.

F I L E D

DIVISION SEVEN

JUL 1 9 2007

In re

B200403

JOSEPH A. LANE          Clerk

Deputy Clerk

(Super. Ct. No. NA013974)

JUAN MANUEL CHAVEZ

on Habeas Corpus.

ORDER

THE COURT*:

The petition for writ of habeas corpus filed herein July 11, 2007 has been read and considered. The petition is denied. (*In re Rosenkrantz* (2002) 29 Cal.4th 616, 667; *In re Dannenberg* (2005) 34 Cal.4th 1061.)

*PERLUSS, P.J.,                    JOHNSON, J.,                    WOODS, J.