United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUAN MANUEL CHAVEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent.<br>_____/ | No. C 07-5512 PJH (PR)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

This is a habeas case directed to a denial of parole. On April 22, 2010, the United States Court of Appeals for the Ninth Circuit issued an en banc decision in *Hayward v Marshall*, deciding important issues relating to federal review of parole decisions. *Hayward v Marshall*, No. 06-55392, 2010 WL 1664977 (9th Cir. April 22, 2010).

It would assist the court to have briefing from the parties regarding the impact of the *Hayward* en banc decision on this case.

Respondent must send petitioner a copy of the *Hayward* en banc decision within ten days of the date this order is entered. Within thirty days of the date this order is entered, respondent must file and serve a supplemental brief on the impact of *Hayward* on this action. If petitioner desires to respond to the supplemental brief, he shall do so by serving and filing a supplemental brief within thirty days of the date respondent's brief is served upon him.

**IT IS SO ORDERED.**

Dated: May 11, 2010.

　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\PJH\HC.07\CHAVEZ5512.supp briefing.wpd